JS-6

SEAN P. NALTY, CA Bar No. 121253
sean.nalty@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA 94111
Telephone:   415.442.4810
Facsimile:   415.442.4870

Attorneys for
BANK OF AMERICA CORPORATION

JONATHAN A. STIEGLITZ, CA Bar No. 278028
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, CA  90064
Telephone:   323.979.2063
Facsimile:   323.488.6748

Attorneys for Plaintiff
HEALTHCARE ALLY MANAGEMENT
OF CALIFORNA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTH CARE ALLY MANAGEMENT OF CALIFORNIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION AND DOES 1-10,<br><br>Defendant. | Case No. 2:22-cv-04838-RSWL-MRWx<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: June 7, 2022<br>Trial Date:          None |

///

///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed, with prejudice and in its entirety. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Date: April 4, 2023

*/S/ RONALD S.W. LEW*
Honorable Ronald S.W. Lew
United States District Judge